UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SERRA MESA GUESTS HOME II, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 25-cv-02303-AJB-SBC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR THOMAS DEWOODY, LAURA FOLEY, AND DIANA MERCER TO RESPOND TO COMPLAINT**<br><br>**(Doc. No. 13)** |

Before the Court is the Joint Motion to Extend Time for Thomas DeWoody, Laura Foley, and Diana Mercer to Respond to Complaint. (Doc. No. 13.) Plaintiff Kinsale Insurance Company and Defendants Thomas DeWoody, Desiree Klaar, Laura Foley, Diana Mercer, Dawn Fousek, and Dawn Fousek as Trustee of the Loren T. DeWoody Trust dated July 3, 2012, (the "DeWoody Defendants") jointly request that the Court set the DeWoody Defendants' deadlines to respond to the Complaint to October 28, 2025. (*Id.*)

On September 9, 2025, Plaintiff served the Complaint and summonses on Defendants Fousek and Fousek as Trustee. (*Id.* at 1; *see also* Doc. Nos. 8; 9.) The deadline for Defendants Fousek and Fousek as Trustee to file a responsive pleading was therefore September 30, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

On September 11, 2025, Plaintiff served the Complaint and a summons on Defendant Klaar. (Doc. No. 13 at 1; *see also* Doc. No. 6.) The deadline for Defendant Klaar to file a responsive pleading was therefore October 2, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

On October 7, 2025, counsel for the DeWoody Defendants provided Plaintiff with signed Notice and Acknowledgment of Receipt of Summons and Complaint forms for Defendants DeWoody, Foley, and Mercer. (Doc. No. 13 at 2; *see also* Doc. Nos. 10–12.) It is not clear when Plaintiff served the Complaint and summonses on Defendants DeWoody, Foley, and Mercer, so it is not clear if the Defendants' deadline or deadlines to file responsive pleadings has or have passed. (*Compare, e.g.*, Doc. No. 10 ("**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served)[] must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure"), *with* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer within 21 days after being served with the summons and complaint").)

The deadlines for at least some of the DeWoody Defendants to provide a responsive filing have passed. Nevertheless, Plaintiff and the DeWoody Defendants submit that good cause exists to extend the responsive filing deadlines to October 28, 2025, so that the Parties may "address the claims at issue herein based on the substantive merits rather than on procedural technicalities." (Doc. No. 13 at 2.) The Court agrees.

Good cause appearing, the joint motion in **GRANTED**. The DeWoody Defendants must respond to the Complaint in a single, consolidated filing **no later than October 28, 2025**.

**IT IS SO ORDERED.**

Dated:  October 16, 2025

Hon. Anthony J. Battaglia
United States District Judge